```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 09257
   JOHN P DEUTSCH
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-5749


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/21/2007 and was not confirmed.

     The case was dismissed without confirmation 11/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
COOK COUNTY COLLECTOR      SECURED NOT I         .00          .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00          .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00          .00            .00
NATIONAL CITY BANK ~       SECURED VEHIC         .00          .00            .00
AAC                        NOTICE ONLY     NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        12394.14          .00            .00
BANK OF AMERICA            NOTICE ONLY     NOT FILED          .00            .00
BANK OF AMERICA            NOTICE ONLY     NOT FILED          .00            .00
BANK AMERICA               NOTICE ONLY     NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1436.80          .00            .00
CBCS                       UNSECURED       NOT FILED          .00            .00
CHASE                      NOTICE ONLY     NOT FILED          .00            .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
DEPENDON COLLECTIONS SER   UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         2526.13          .00            .00
HSBC/HANDY                 NOTICE ONLY     NOT FILED          .00            .00
HSBC/MNRDS                 UNSECURED       NOT FILED          .00            .00
HSBC/MNRDS                 NOTICE ONLY     NOT FILED          .00            .00
HSBC/RS                    NOTICE ONLY     NOT FILED          .00            .00
LVNV FUNDING               NOTICE ONLY     NOT FILED          .00            .00
LVNV FUNDING               NOTICE ONLY     NOT FILED          .00            .00
NCB IND                    NOTICE ONLY     NOT FILED          .00            .00
NCB IND                    NOTICE ONLY     NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
NICOR GAS                  NOTICE ONLY     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
SEARS/CBSD                 NOTICE ONLY     NOT FILED          .00            .00
WFNNB/SVCMRC               NOTICE ONLY     NOT FILED          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    13152.43          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     3482.82          .00            .00
LITTON LOAN SERVICING LP   NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         5731.47          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         5894.95          .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 09257 JOHN P DEUTSCH
```

```
ROBERT V SCHALLER ^      DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                        3,608.25

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,608.25

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    3,608.25
                       ---------------       ---------------
TOTALS                   3,608.25                3,608.25
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE